UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| STEPHEN HASSEMAN,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ANTHONY CLARK,<br><br>　　　　Defendant. | Court No. 2:22-cv-00155<br><br>*JURY TRIAL DEMANDED* |

## COMPLAINT AT LAW

Plaintiff, Stephen Hasseman, by and through his attorneys, Duncan Law Group, LLC, complaining of the Defendant, Anthony Clark, for his Complaint at Law, states the following:

### Nature of the Action

1. This case arises out of a June 6, 2020 motor vehicle collision in Lake Station, Indiana.

### The Parties

2. Plaintiff, Stephen Hasseman, is an individual residing in Wilmington, Illinois. Plaintiff, Stephen Hasseman, therefore, is a citizen of Illinois.

3. Defendant, Anthony Clark, is an individual residing in Baroda, Michigan. Defendant, Anthony Clark ("Clark"), therefore, is a citizen of Michigan.

### Jurisdiction and Venue

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity among the parties, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

1

5. This Court has personal jurisdiction over Clark pursuant to Indiana's long-arm statute, Ind. R. Trial P. 4.4, because this complaint concerns acts or omissions Clark committed in the State of Indiana that caused personal injury to Plaintiff, Stephen Hasseman. Ind. R. Trial P. 4.4(A)(2).

6. Venue is appropriate because "a substantial part of the events or omissions giving rise to the claim occurred" in the Northern District of Indiana. 28 U.S.C. § 1391(b)(2).

## COUNT I

**Negligence – Anthony Clark**

7. Plaintiff, Stephen Hasseman, repeats and realleges the allegations of paragraphs 1 through 6 as if fully set forth herein.

8. On and before June 6, 2020, Interstate 80 was a roadway running generally in an east and west direction at or near mile marker 13.3 in Lake Station, Indiana.

9. On June 6, 2020, at the aforesaid time and place, Plaintiff, Stephen Hasseman, owned, operated, controlled, managed and maintained a vehicle in an eastern direction on Interstate 80 at or near mile marker 13.3 in Lake Station, Indiana.

10. On June 6, 2020, at the aforesaid time and place, Defendant, Clark, owned, operated, controlled, managed and maintained a vehicle in an eastern direction on Interstate 80 in Lake Station, Indiana.

11. On June 6, 2020, at the aforesaid time and place, Plaintiff, Stephen Hasseman, slowed his vehicle in response to traffic ahead of him.

12. On June 6, 2020, at the aforesaid time and place, the vehicle operated by Defendant, Clark, collided with the rear of the vehicle operated by Plaintiff, Stephen Hasseman.

13. At the time and place aforesaid, Defendant, Clark, had a duty to exercise ordinary care and caution in the ownership, operation, control, management and maintenance of his vehicle so as not to cause injury or damage to other motorists, including but not limited to Plaintiff, Stephen Hasseman.

14. At the time and place aforesaid, notwithstanding his duty, Defendant, Clark, was negligent in one or more of the following respects:

   a. Operated said motor vehicle without keeping a proper and sufficient lookout; or,

   b. Operated said motor vehicle at a speed greater than reasonable and proper with regard to traffic conditions and the use of the highway which endangered the safety of persons or property, in violation of Ind. Code § 9-21-5-1; or,

   c. Failed to decrease speed so as to avoid causing a collision with Plaintiff, Stephen Hasseman, in violation of Ind. Code § 9-21-5-4(a)(5); or,

   d. Failed to exercise due care to avoid causing a collision with Plaintiff, Stephen Hasseman; or,

   e. Operated said motor vehicle more closely than was reasonable and proper to another vehicle, in violation of Ind. Code § 9-21-8-14; or,

   f. Was otherwise negligent in the operation of said motor vehicle.

15. As a direct and proximate result of one or more of the aforementioned negligent acts and/or omissions of the Defendant, Clark, Plaintiff, Stephen Hasseman, sustained injuries of a personal, pecuniary and permanent nature.

WHEREFORE, Plaintiff, Stephen Hasseman, prays for judgment against Defendant, Anthony Clark, in such an amount of compensatory and punitive damages as a jury may award and the costs of this action.

Dated:  June 6, 2022                                         Respectfully submitted,

**STEPHEN HASSEMAN,**

By:     /s/ Robert R. Duncan
       One of His Attorneys

Robert R. Duncan (Illinois Bar #6277407)
James H. Podolny**\*** (Illinois Bar #6321307)
**DUNCAN LAW GROUP, LLC**
161 North Clark Street, Suite 2550
Chicago, Illinois 60601
Phone: (312) 202-3283
Fax: (312) 202-3284
Email: rrd@duncanlawgroup.com
       jp@duncanlawgroup.com


**\***Admission pending

## **JURY DEMAND**

Plaintiff, Stephen Hasseman, demands a trial by jury as to all claims in this action.

Dated:  June 6, 2022                   Respectfully submitted,

                                          **STEPHEN HASSEMAN,**

                                          By:    /s/ Robert R. Duncan
                                                 One of His Attorneys

Robert R. Duncan (Illinois Bar #6277407)
James H. Podolny* (Illinois Bar #6321307)
**DUNCAN LAW GROUP, LLC**
161 North Clark Street, Suite 2550
Chicago, Illinois 60601
Phone: (312) 202-3283
Fax: (312) 202-3284
Email: rrd@duncanlawgroup.com
           jp@duncanlawgroup.com

*Admission pending